IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: DAMEN COLLINS ) <br> **Debtor** ) <br> ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION ) <br> **Moving Party** ) <br> ) | Case No.: 16-10931 (MDC) |
| v. ) <br> ) | Hearing Date: **11-17-16 at 11:00 AM** |
| DAMEN COLLINS ) <br> **Respondent** ) <br> ) | 11 U.S.C. 362 |
| WILLIAM C. MILLER ) <br> **Trustee** ) <br> ) ) ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2010 Buick Lacrosse** bearing vehicle identification number 1G4GC5EG2AF212613 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 11/17/16

_____
UNITED STATES BANKRUPTCY JUDGE