United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10931-mdc
Damen Collins                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Denine              Page 1 of 1             Date Rcvd: Nov 21, 2016
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db             +Damen Collins,    941 Flanders Road,    Philadelphia, PA 19151-3011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
          CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union
           cbrennan@klehr.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          TIMOTHY   ZEARFOSS    on behalf of Debtor Damen   Collins tzearfoss@aol.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
           mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: DAMEN COLLINS ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION ) | |
| **Moving Party** ) | Case No.: 16-10931 (MDC) |
| ) | |
| v. ) | Hearing Date: 11-17-16 at 11:00 AM |
| ) | |
| DAMEN COLLINS ) | 11 U.S.C. 362 |
| **Respondent** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |
| ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2010 Buick Lacrosse** bearing vehicle identification number 1G4GC5EG2AF212613 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 11/17/16

_____
UNITED STATES BANKRUPTCY JUDGE