# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-10931-MDC

DAMEN COLLINS

941 FLANDERS ROAD

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAMEN COLLINS

    941 FLANDERS ROAD

    PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    TIMOTHY ZEARFOSS ESQ
    143-145 LONG LANE

    UPPER DARBY, PA 19082-

Date: 9/28/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee