UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAMEN COLLINS                                  Chapter 13

                Debtor                         Bankruptcy No. 16-10931-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _2nd_ day of _November_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TIMOTHY ZEARFOSS ESQ
143-145 LONG LANE

UPPER DARBY, PA 19082-

Debtor:
DAMEN COLLINS

941 FLANDERS ROAD

PHILADELPHIA, PA 19151-