```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                 Case No. 16-10931-mdc
Damen Collins                                                          Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0313-2           User: Christina              Page 1 of 2            Date Rcvd: Nov 03, 2017
                               Form ID: pdf900              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
db             +Damen Collins,    941 Flanders Road,    Philadelphia, PA 19151-3011
cr             +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
                 Southfield, MI 48037-0513
13751047        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL   60197-5008
13674369       +CAPITAL ONE BANK,    1680 CAPITAL ONE DRIVE,    MCCLEAN, VA 22102-3407
13674370       +COMENITY CAPITAL,    995 W. 122ND AVE,    WESTMINSTER, CO 80234-3417
13697634        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13674882       +Credit Acceptance,    25505 W.12 Mile Rd.,    Suite 3000,    Southfield, MI 48034-8331
13674372       +EASTERN ACCOUNT SYSTEM,    STE 110,    75 GLEN ROAD,    SANDY HOOK, CT 06482-1175
13900202        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13674373       +FIRST PREMIER BANK,    3820 N. LOUISE AVE,    SIOUX FALLS, SD 57107-0145
13674375       +Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
13674376       +NAVIENT -DEPT OF ED. LOAN SVCNG,    PO BOX 740351,    ATLANTA, GA 30374-0351
13708853       +Navient Solutions Inc. on behalf of,    PHEAA,    Po box 8147,    Harrisburg,PA 17105-8147
13777735       +PHFA,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13706605       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13777165       +TIMOTHY ZEARFOSS ESQ,    143-145 LONG LANE,    UPPER DARBY PA 19082-3116
13777088       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 04 2017 01:37:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 04 2017 01:36:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 04 2017 01:37:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2017 01:45:01     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13742678       +E-mail/Text: g20956@att.com Nov 04 2017 01:37:38     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13674371        E-mail/Text: mrdiscen@discover.com Nov 04 2017 01:36:17     DISCOVER FINANCIAL SVCS,
                 PO BOX 15136,    WILMINGTON, DE 19850
13674374       +E-mail/Text: traciw@fmfcu.org Nov 04 2017 01:36:26     FRANKLIN MINT FCU,    STE 300,
                 1974  SPROUL ROAD,    BROOMALL, PA 19008-3490
13726494       +E-mail/Text: traciw@fmfcu.org Nov 04 2017 01:36:26     Franklin Mint Federal Credit Union,
                 1974 Sproul Road, Suite 300,    Broomall, PA 19008-3402
13704368       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 04 2017 01:36:56     Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
13674377        E-mail/Text: blegal@phfa.org Nov 04 2017 01:36:57     PHFA,    PO BOX 8029,
                 HARRISBURG, PA 17101
13733395       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 04 2017 01:37:02     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13734937        E-mail/Text: bnc-quantum@quantum3group.com Nov 04 2017 01:36:25
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13674378       +E-mail/Text: bankruptcy@savit.com Nov 04 2017 01:37:45     SA-VIT COLLECTION AGENCY,
                 46 W FERRIS ST,    East Brunswick, NJ 08816-2159
13674379       +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2017 01:45:01     SYNCB/QVC,    PO BOX  965018,
                 Orlando, FL 32896-5018
13679118        E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2017 01:45:15     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Christina               Page 2 of 2                   Date Rcvd: Nov 03, 2017
                              Form ID: pdf900               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2017 at the address(es) listed below:
              CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union
               cbrennan@klehr.com,  nharrison@klehr.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Damen  Collins tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAMEN COLLINS					Chapter 13

				Debtor		Bankruptcy No. 16-10931-MDC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, this ___2nd___ day of ___November___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TIMOTHY ZEARFOSS ESQ
143-145 LONG LANE

UPPER DARBY, PA 19082-

Debtor:
DAMEN COLLINS

941 FLANDERS ROAD

PHILADELPHIA, PA 19151-